## <u>RETURN OF SERVICE</u>
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 2:26-CV-14096-DMM

Plaintiff: **RUSLAN RUBIS, AN INDIVIDUAL**
vs.
Defendant: **MOTORSPORTS OF STUART, LLC. D/B/A TREASURE COAST HARLEY-DAVIDSON**

For:
Joshua Feygin
SUE YOUR DEALER - A LAW FIRM
4601 SHERIDAN STREET
#205
HOLLYWOOD, FL 33021

Received by Caplan, Caplan & Caplan Process Servers on the 23rd day of March, 2026 at 9:55 am to be served on **MOTORSPORTS OF STUART, LLC BY SERVING ITS REGISTERED AGENT: LUIS E. DIAZ, CPA, 4621 PONCE DE LEON BLVD, CORAL GABLES, FL 33146**

I, Hugo Mata, do hereby affirm that on the **25th day of March, 2026** at **10:36 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF, AND EXHIBITS** with the date, hour and initials of process server endorsed thereon by me, to: **EMILY LEON**, as EMPLOYEE OF THE REGISTERED AGENT for **MOTORSPORTS OF STUART, LLC** at the address of: **4621 PONCE DE LEON BLVD, CORAL GABLES, FL 33146**, and informed said person of the contents therein, in compliance with F.S. 48.062 (01).  Service was made on an employee of Registered agent  as the registered agent was temporarily absent from his or her office  during the statutory hours of 10am to 12pm or 2pm to 4pm.

 Under penalty of perjury, I swear or affirm, pursuant to Fla.Stat.92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____

**Hugo Mata**
324

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: CPN-2026011071
Service Fee: _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| RUSLAN RUBIS, an individual,<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>MOTORSPORTS OF STUART, LLC., d/b/a<br>TREASURE COAST HARLEY-DAVIDSON<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:26-cv-14096-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MOTORSPORTS OF STUART, LLC.
c/o their Registered Agent
DIAZ, LUIS E., CPA
4621 PONCE LEON BLVD
CORAL GABLES, FL 33146

*(left margin stamp:)* DELIVERED 3/25/2026 10:36 AM  SERVER HM  LICENSE 324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Feygin, Esq.
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan St #205
Hollywood, FL 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Mar 20, 2026   _____



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
_____
Deputy Clerk
U.S. District Courts




DONT E-FILE