**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RUSLAN RUBIS

          PLAINTIFF(S)

v.

MOTORSPORTS OF STUART, LLC.,

          DEFENDANT(S).

CASE NUMBER
  2:26−cv−14096−DMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**MOTORSPORTS OF STUART, LLC**

as of course, on the date April 28, 2026.

          **Angela E. Noble**
          CLERK OF COURT

          By  _/s/ *Wendie Cendejas*_
          Deputy Clerk

cc:  Judge Donald M. Middlebrooks
     Ruslan Rubis

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)