UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-14096-MIDDLEBROOKS

RUSLAN RUBIS,
an individual,

      Plaintiff,

v.

MOTORSPORTS OF STUART, LLC., d/b/a
TREASURE COAST HARLEY-DAVIDSON,
a Florida limited liability company,

      Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court pursuant to my previous Order Granting Default Judgment against Motorsports of Stuart, LLC. (DE 13). Final judgment is entered pursuant to Federal Rule of Civil Procedure 58, as set forth below.

It is hereby **ORDERED and ADJUDGED** that:

1.    Final Default Judgment is **ENTERED** in favor of Plaintiff, **RUSLAN RUBIS**, whose address is 6632 Marbletree Lane, Lake Worth, Florida 33467, and against Defendant, **MOTORSPORTS OF STUART, LLC., d/b/a TREASURE COAST HARLEY-DAVIDSON**, whose address is 4967 SE Federal Highway, Stuart, Florida 34997, on Counts I, III, and IV of the Complaint.

2.    Plaintiff, RUSLAN RUBIS, whose address is 6632 Marbletree Lane, Lake Worth, Florida 33467, shall recover from Defendant, MOTORSPORTS OF STUART, LLC., d/b/a TREASURE COAST HARLEY-DAVIDSON, whose address is 4967 SE Federal Highway, Stuart, Florida 34997, the total sum of **THIRTEEN THOUSAND FOUR HUNDRED**

**TWENTY-TWO DOLLARS AND FIFTY CENTS ($13,422.50)**, consisting of $10,000.00 in statutory damages under 49 U.S.C. § 32710(a) on Count I, and $3,422.50 in actual damages under Fla. Stat. § 501.211(2) on Count III, for which let execution issue forthwith.

3. On Count IV, the Court **DECLARES** that the following practices of Defendant constitute unfair or deceptive acts or practices in violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201 *et seq.*: (a) representing and selling a motorcycle as "new" when equitable or legal title to that motorcycle has previously been transferred to another consumer or a Florida title has previously been issued to another consumer, without providing the written notice ("THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER") and obtaining the consumer's signed acknowledgment as required by Fla. Stat. § 320.60(12); and (b) failing to provide the actual certificate of title to the consumer for examination and signature at the time of transfer of a motor vehicle, as required by 49 U.S.C. § 32705 and 49 C.F.R. § 580.5, and instead utilizing alternate documentation for the required mileage disclosure.

4. On Count IV, Defendant, **MOTORSPORTS OF STUART, LLC., d/b/a TREASURE COAST HARLEY-DAVIDSON**, and its officers, agents, servants, employees, and attorneys, and any other persons in active concert or participation with them who receive actual notice of this Order, are **PERMANENTLY ENJOINED**, pursuant to Fla. Stat. § 501.211(1) from (a) representing any previously-titled motor vehicle as "new" in advertising, on a bill of sale, on a retail installment sale contract, or in any other written or oral communication with a consumer, without first providing the written notice required by Fla. Stat. § 320.60(12) and obtaining the consumer's signed acknowledgment of that notice prior to or contemporaneously with execution of the sale documents; and (b) completing any odometer mileage disclosure required by 49 U.S.C. § 32705 or 49 C.F.R. § 580.5 on any document other than the actual certificate of title to the motor

vehicle, except where the certificate of title is lost, in the process of being replaced, or held by a lender as expressly permitted under federal law and regulation. The reasons for this injunction are set forth in the Court's analysis above.

5.      Plaintiff shall recover post-judgment interest on the monetary portion of this judgment at the legal rate from the date of entry of this judgment until paid, pursuant to 28 U.S.C. § 1961.

6.      Plaintiff is awarded reasonable attorneys' fees and taxable costs against Defendant pursuant to 49 U.S.C. § 32710(b) and Fla. Stat. § 501.2105. The Court reserves jurisdiction to determine the amounts of those awards upon timely motion by Plaintiff in accordance with Local Rule 7.3.

7.      The Clerk is **DIRECTED** to close this case. All pending motions, if any, are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this _12_ day of June, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record